UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:07-CV-00082-TBR

ROY ANDREW McDANEL                                                          PLAINTIFF

v.

CHECK PROCESSING BUREAU, BOB FRANKLIN,                      DEFENDANT
AND UNKNOWN INDIVIDUALS OF CHECK PROCESSING
BUREAU

**OPINION AND ORDER**

This matter is before the Court on Plaintiff's, Roy Andrew McDanel ("McDanel"),

Motion for Default Judgment (Docket #21).  Defendants, Check Processing Bureau ("CPB"),

Bob Franklin, and Unknown Individuals of Check Processing Bureau, have failed to appear.

This matter is ripe for adjudication.

The Plaintiff filed a pro se complaint against Defendants on June 1, 2007.  In his

complaint, Plaintiff alleges violations of the Fair Debt Collection Practices Act.  Plaintiff

contends that while incarcerated, Defendants contacted, harassed, and threatened his mother,

Barbra McDanel, regarding the collection of a debt allegedly owed by Plaintiff.  Plaintiff further

alleges that at no time was he personally contacted regarding his alleged debt, he never gave

permission to Defendants to release his personal information or negotiate a deal to collect the

debt from his parents, and that his repeated attempts to directly contact Defendants were to no

avail.  As a result, Plaintiff alleges that he suffered severe distress due to both the Defendants

failure to respond to his requests and the strained relationship with his family that resulted from

Defendants' actions.  Defendants were served on October 15, 2007, but failed to answer.

Plaintiff filed a Motion for Default Judgment on November 27, 2007. Defendants have

subsequently failed to respond.

The Federal Rules of Civil Procedure require a defendant to serve an answer within twenty days of being served with a summons and complaint.  Fed.R.Civ.P. 12(a)(1)(A).  Should the defendant fail to defend the action, then a default judgment may be entered against the defendant.  Fed.R.Civ.P. 55(a).

Because Defendants have failed to appear or respond in this case, Plaintiff's Motion for Default Judgment is **GRANTED**.  Plaintiff is directed to submit to the Court an affidavit and sworn proof of damages within 30 days.